IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-269-SLR |
| | ) |
| TOLMAR INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER**

WHEREAS Defendant TOLMAR Inc. is in the process of investigating the factual and legal allegations in suit in order to fashion an appropriate response to Plaintiff's Complaint, and has requested a two week extension of time to respond, in order to do so; and

WHEREAS Plaintiff LEO Pharma A/S does not oppose this extension;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the time by which TOLMAR Inc., must answer, move or otherwise respond to Plaintiff's Complaint is extended through and including May 12, 2010.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & Tunnell LLP | YOUNG, CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| _____ | _____ |
| Jack B. Blumenfeld, Esq. (No.1014) | John W. Shaw, Esq.  (No. 3362) |
| 1201 North Market Street | Karen E. Keller, Esq. (No.4489) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE 19899-1347 | 1000 West Street, 17th Floor |
| (302)658-9200 | Wilmington, Delaware 19801 |
| jblumenfeld@mnat.com | (302) 571-6600 |
| | jshaw@ycst.com |
| | kkeller@ycst.com |

| | |
|---|---|
| *Of Counsel:* | *Of Counsel*: |
| Dominic Conde | Jeffrey R. Gargano |
| William E. Solander | Peter M. Siavelis |
| FITZPATRICK, CELLA, HARPER & SCINTO | Krista Vink Venegas |
| 1290 Avenue of the Americas | Kevin P. Shortsle |
| New York, New York 10104 | MCDERMOTT WILL & EMERY LLP |
| (212) 218-2100 | 227 West Monroe Street, Suite 4400 |
| | Chicago, Illinois 60606 |
| | (312) 372-2000 |
| *Attorneys for Plaintiff LEO Pharma A/S* | *Attorneys for Defendant TOLMAR Inc.* |

Dated:  April 27, 2010

    SO ORDERED this _____ day of \_\_\_\_\_, 2010.

                                    UNITED STATES DISTRICT JUDGE