# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-269-SLR |
| | ) (Consolidated) |
| TOLMAR INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LEO Pharma A/S ("LEO Pharma") and Defendant Tolmar Inc. ("Tolmar"), subject to the approval of the Court, that the schedule for expert reports outlined in Section 2(d) of this Court's December 21, 2010 Scheduling Order (D.I. No. 31) and further amended in the Stipulation and Order to Amend Scheduling Order (D.I. No. 68) shall be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | 10/17/2011 | 10/31/2011 |
| Rebuttal Expert Reports Due | 12/2/2011 | 12/16/2011 |
| Reply Expert Reports | 1/9/2012 | 1/13/2012 |

The parties have further conferred and agree that the parties need additional time to submit their expert reports. No other dates in the Court's Scheduling Order shall be modified by this Stipulation and Order.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>jshaw@ycst.com<br>kkeller@ycst.com |
| OF COUNSEL*:* | OF COUNSEL: |
| Dominick A. Conde<br>William E. Solander<br>Steven S. Kim<br>FITZPATRICK CELLA HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2100 | Jeffrey R. Gargano<br>Brent A. Hawkins<br>Krista Vink Venegas<br>Wan-Shon Lo<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street, Suite 4400<br>Chicago, Illinois 60606<br>(312) 372-2000 |
| *Attorneys for Plaintiff LEO Pharma A/S* | *Attorneys for Tolmar, Inc.* |

IT IS SO ORDERED this _____ day of October, 2011.

_____
Sue L. Robinson
United States District Judge