IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEO PHARMA A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 10-269-SLR |
| | ) | |
| TOLMAR, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 9th day of December, 2011, there being a conflict on the court's calendar;

IT IS ORDERED that the telephonic status conference originally scheduled for **Wednesday, December 14, 2011,** at 3:30 p.m. is hereby rescheduled for **2:30 p.m. on the same date.** Counsel for Teva Pharmaceutical Industries Ltd. shall coordinate and initiate this call.

                                                              _____
                                                              United States District Judge