IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>TOLMAR INC. )<br>)<br>　　　　Defendant. )<br>) | C.A. No.  10-269-SLR<br>(Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 8, 2011, copies of *Tolmar Inc.'s Second Amended Invalidity Contentions and Identification of Prior Art* were served upon the following counsel of record in the manner indicated below:

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*

Dominick Conde, Esquire
William E. Solander, Esquire
Steven Kim, Esquire
James Tyminski, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290  Avenue of the Americas
New York, NY 10104
*dconde@fchs.com*
*wsolander@fchs.com*
*skim@fchs.com*
*jtyminski@fchs.com*

Additionally, I hereby certify that on December 9, 2011, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*

Dominick Conde, Esquire
William E. Solander, Esquire
Steven Kim, Esquire
James Tyminski, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
*dconde@fchs.com*
*wsolander@fchs.com*
*skim@fchs.com*
*jtyminski@fchs.com*

| | |
|---|---|
| Dated: December 9, 2011 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Pilar G. Kraman* |
| | Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>The Brandywine Building,<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>pkraman@ycst.com |
| | *Counsel for Tolmar Inc.* |