## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S,          ) <br>                               ) <br>            Plaintiff,    ) <br>                               ) <br>        v.              ) <br>                               ) <br> TOLMAR INC.           ) <br>                               ) <br>           Defendant.   ) <br>                               ) <br>                               ) | C.A. No. 10-269-SLR <br> (Consolidated) |

## JOINT LIST OF ADMITTED TRIAL EXHIBITS
## ADDRESSED IN THE POST-TRIAL SUBMISSIONS

| MORRIS NICHOLS ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014) <br> Maryellen Norieka (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> mnorieka@mnat.com | Adam W. Poff (#3990) <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE  19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> pkraman@ycst.com |
| *Attorneys for Plaintiff LEO Pharma A/S* | *Attorneys for Defendant Tolmar, Inc.* |

October 1, 2012

AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

Leo Pharma A/S

v.

Tolmar, Inc.

### JOINT EXHIBIT LIST

Case Number:  10-00269-SLR (Consolidated)

| PRESIDING JUDGE<br><br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Fitzpatrick, Cella, Harper & Scinto<br>Morris, Nichols, Arsht & Tunnell LLP | DEFENDANT'S ATTORNEY<br>McDermott Will & Emery LLP<br>Young, Conaway, Stargatt & Taylor, LLP |
|---|---|---|
| TRIAL DATE(S)<br>May 7-11, 2012 | COURT REPORTER<br>Valerie Gunning | COURTROOM DEPUTY<br>Francesca Scarpato |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF JOINT EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | JTX 1 | 5/7/12 |  | Yes | U.S. Patent Number RE39,706 E<br>Title: Crystalline Form of a Vitamin D Analogue (PCT Filed: 01/15/1993),<br>Erik Torngaard Hansen, Niels Smidt Rastrup Andersen, and Lene Hoffmeyer Ringborg |
|  | JTX 3 | 5/7/12 |  | Yes | File History for U.S. Patent Number 5,763,426, U.S. Application Number 08/491,892 |
|  | JTX 4 | 5/7/12 |  | Yes | File History for U.S. Patent Number RE39,706, U.S. Application Number 10/986,575 |
|  | JTX 11 | 5/7/12 |  | Yes | British patent application 9300763.1 |
|  | JTX 12 | 5/7/12 |  | Yes | U.S. Patent Number 5,763,426<br>Title: New Crystalline Form of a Vitamin D Analogue (PCT Filed: 01/15/1993)<br>Erik Torngaard Hansen, Niels Smidt Rastrup Andersen, and Lene Hoffmeyer Ringborg |
|  | JTX 13 | 5/7/12 |  | Yes | Stipulation between LEO and Tolmar |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF JOINT EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2 | 5/7/12 | | Yes | U.S. Patent Number 4,866,048<br>Title: Novel Vitamin D Analogues (PCT Filed 07/14/1986)<br>Martin J. Calverley and Ernst T. Binderup<br>Certificate of Correction Issued 12/28/1993 |
| | 9 | 5/7/12 | | Yes | Excerpt from Acta Crystallographica, Section C: Crystal Structure Communications; Structure and Absolute Configuration of a Monohydrate of Calcipotriol, Larsen, et al. |
| 74 | 10 | 5/9/12 | | Yes | Correspondence from Leo (Niels) to Sine Larsen at Chemistry Lab IV |
| | 13 | 5/7/12 | | Yes | Meeting Minutes |
| | 16 | 5/7/12 | | Yes | Internal Report from Anette Gerlach re: Unintended change in crystal form of calciopotriol during milling |
| | 18 | 5/7/12 | | Yes | Meeting Minutes, October 7, 1992 |
| | 20 | 5/7/12 | | Yes | BMS Aftaler – MC 903 (Dovonex)/Agreement between Leo Pharmaceutical Products Ltd. A/S and E. R. Squibb & Sons Inc. |
| 120 | 28 | 5/7/12 | | Yes | Telefax w/atts. From E. Binderup to S. Siskin (Bristol-Myers Squibb) re. calcipotriol drug substance |
| | 87 | 5/9/12 | | Yes | Meeting Minutes re. milling of calcipotriol by L. Hoffmeyer, P. Rasmussen & E. Binderup |
| | 174 | 5/8/12 | | Yes | Excerpts from Lab Notebook |
| | 178 | 5/8/12 | | Yes | Solvias AG, Solid-State Development, Raman Spectroscopy for Sample Name PP264-P91 |
| 12 | 184 | 5/9/12 | | Yes | LEO Pharma report entitled "Identification of needle-shaped crystals in Daivobet/Dovobet salve" with attached Certification of Translation |
| | 188 | 5/8/12 | | Yes | Section 2.3 Quality Overall Summary – Question Based Review [Calcipotriene 0.005% and Betamethasone Dipropionate 0.064% Ointment] |
| 203 | 189 | 5/9/12 | | Yes | Tolmar ANDA excerpt Pharmaceutical Development Report - Calcipotriene 0.005% and Betamethasone Dipropionate 0.064% Ointment |
| | 191 | 5/8/12 | | Yes | Teva TAPI Product Specifications and Certificate of Analysis for Calcipotriene, Control No. 728600108 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF JOINT EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 194 | 5/8/12 | | Yes | Certificate of Analysis for Calcipotriene (Teva), Lot Nos. 010509-004 and 031808-002 |
| | 196 | 5/7/12 | | Yes | Certificate of Analysis re Batch Analyses (Calcipotriol/Calcipotriene, LEO Pharma), Batch number DA8560 |
| 10 | 197 | 5/7/12 | | Yes | Certificate of Analysis re Calcipotriol monohydrate, Batch number DB0072 |
| | 216 | 5/8/12 | | Yes | Certificate of Analysis for Calcipotriene (Teva), Lot Number 080610–002 and Product Specifications for Calcipotriene, Control No. 728600409 |
| | 250 | 5/7/12 | | Yes | Leo Pharmaceutical Calcipotriene Shipment |
| 130 | 251 | 5/7/12 | | Yes | Intern Meddelelse re: Calcipotriol hydrate, Udkast til svar pa fax fra BMS fra 11/1 93 |
| | 344 | 5/9/12 | | Yes | Report: MC903 – Krystalstruktur by N. Andersen with English translations of selected pages |
| 100 | 356 | 5/9/12 | | Yes | Report 75/nra-921204-001 |
| | 377 A | 5/7/12 | | Yes | Excerpt of DTX 377 |
| | 429 | 5/9/12 | | Yes | CV of Dr. Jerry L. Atwood, Ph.D. |
| | 511 | 5/8/12 | | Yes | Blatter Report: Sandoz (UK): Solid particles in Calcipotriol Cream |
| | 512 | 5/7/12 | | Yes | Report microscopy investigation on particles present in Cipocal Cream 0.005% and Affidavit |
| 74 | | 5/7/12 | | Yes | Andersen letter to Larsen enclosing calcipotriol samples for X-ray crystallographic analysis (English translation of Danish original) |
| 98 | | 5/7/12 | | Yes | Lab notebook of Erik T. Hansen |
| 100 | | 5/7/12 | | Yes | Report 75/nra-921204-001 -- Identification of calcipotriol-, calcipotriene-hydrate |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF JOINT EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | 5/7/12 | | Yes | Results of DSC analysis of MC903-000 and MC903-000 hydrate |
| 148 | | 5/7/12 | | Yes | Asset Purchase Agreement between LEO and Warner Chilcott |
| 197 | | 5/9/12 | | Yes | Email correspondence chain from Jim Munro to Chrissa Shremp re: Catalent Sampel Submission Form |
| 201 | | 5/8/12 | | Yes | FDA letter to Tolmar acknowledging receipt of ANDA 201615 |
| 202 | | 5/8/12 | | Yes | 2.3 Quality Overall Summary – Question Based Review (Calcipotriene 0.005% and Betamethasone Dipropionate 0.064% Ointment) |
| 206 | | 5/9/12 | | Yes | ANDA 201615 Quality Minor Amendment Response to Information Request; Deficiency Response for Cal/Beta |
| 222 | | 5/8/12 | | Yes | Batch analysis (Calcipotriene, Teva) |
| 230 | | 5/8/12 | | Yes | Excerpt from report re: solid particles in calcipotriol cream |
| 232 | | 5/8/12 | | Yes | Incident Report |
| 236 | | 5/9/12 | | Yes | Email from Catalent to Tolmar attaching summary of PLM and FT-Raman analyses re: identification of unknown crystals in ointment |
| 238 | | 5/8/12 | | Yes | Email from Catalent to Tolmar attaching report re: identification of unknown crystals in ointment |
| 256 | | 5/8/12 | | Yes | Interim 12-month Stability Summary Report for Calcipotriene .005% and Betamethasone Dipropionate .064% Ointment, Stability Lot 2869 |
| 258 | | 5/8/12 | | Yes | 3.2.P.8.3 Stability Data [Calcipotriene .005% and Betamethasone Dipropionate .064% Ointment] |
| 289 | | 5/8/12 | | Yes | Curriculum Vitae of Dr. Joel Bernstein |
| 299 | | 5/7/12 | | Yes | Raman Spectra of the Calcil Beta Dip Ointment |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF JOINT EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 300 | | 5/7/12 | | Yes | Microscope Images of Calcil Beta Dip Ointment |
| 322 | | 5/7/12 | | Yes | Figures from the Expert Report of Dr. Fritz Blatter, or excerpts therefrom |
| 333 | | 5/7/12 | | Yes | Curriculum Vitae of Fritz Blatter |

## JOINT LIST OF SUBMITTED
## DEMONSTRATIVE EXHIBITS

| Number | Description |
|---|---|
| DDX 1 | Defendant's Demonstrative Slides Used in their Opening Statement |
| DDX 5 | Defendant's Demonstrative Slides Used in the Cross Examination of Dr. Fritz Blatter |
| DDX 7 | Defendant's Demonstrative Slides Used in the Examination of Dr. Jerry Atwood |
| PDTX 1 – 9 | Plaintiff's Demonstrative Slides Used in Its Opening Statement |
| PDTX 10 – 23 | Plaintiff's Demonstrative Slides Used in the Direct Examination of Dr. Poul Rasmussen |
| PDTX 24 – 61 | Plaintiff's Demonstrative Slides Used in the Direct Examination of Dr. Fritz Blatter |
| PTDX 62 – 87 | Plaintiff's Demonstrative Slides Used in the Direct Examination of Dr. Joel Bernstein |